IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CASE NO. 15-CR-00152-RBJ-1**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**LUIS ALFONSO ARAGON GALLEGOS,**

    **Defendant.**

_____

**DEFENDANT'S SUPPLEMENTAL ENDS OF JUSTICE MOTION
AND REQUEST FOR A TRIAL DATE OF LATE OCTOBER**
_____

COMES NOW DEFENDANT, Luis Gallegos, by and through undersigned counsel and the Office of the Federal Public Defender, and respectfully supplements his previously filed motion seeking an ends of justice exclusion of time from the seventy day speedy trial time limitations (Docket No. 17). In support of this motion, Mr. Gallegos states:

### INTRODUCTION – WHY THIS SUPPLEMENTAL PLEADING?

1. On April 17, 2015 Defendant filed a motion pursuant to 18 U.S.C. § 3161(h)(7), seeking to exclude 200 days from the time limitations set forth in the Speedy Trial Act.

2. Defendant's motion explained why counsel cannot try this case in the seventy day speedy trial period. It focused on facts unique to this case. Counsel incorporates the facts and arguments of his motion by reference in this pleading.

3.  This supplemental pleading sets forth with greater specificity when counsel can try this case. The original motion framed the request for relief in terms consistent with the Speedy Trial Act, asking for an exclusion of 200 days. Framing the request that way, however, is subject to multiple interpretations.[1] Counsel believes that a motion keyed to the calendar, and not the speedy trial clock, better reflects counsel's intention concerning when he wants the trial to occur.

## WHAT COUNSEL SEEKS AND WHY

4.  Counsel, for the reasons set forth in his motion, needs additional time before he can try this case. He asks for a late October 2015 trial date.

5.  A late October 2015 trial date is reasonable, tied to the specific statutory and case-law factors, and grounded in the reality that even exercising all due diligence, given counsel's other cases and the specific needs of this case, he cannot be prepared to try this case before the requested date. Specifically, counsel has other six cases, which, at this time, appear likely to be tried between June and December. He also has other cases that are not trial cases. He has a planned and paid vacation in August. And, he needs at least a few weeks between each trial. In seeking a specific calendar-based trial date, rather than keying the request to exclusion of days, he hopes to be better able to set realistic dates for each of his cases.

---

[1] For example, courts variously treat a request to exclude 200 days as a motion seeking a continuance of: (1) 200 days from the date of the motion; (2) 200 days from the date the motion is granted; (3) 200 days plus whatever remains of the seventy day speedy trial period; or (4) 200 days beyond the seventy days.

WHEREFORE, Mr. Gallegos respectfully requests that this Court issue such orders as needed to exclude such time from the speedy trial time limitations as to result in the setting of a late October 2015 trial date.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2015, I electronically filed the foregoing

**DEFENDANT'S SUPPLEMENTAL ENDS OF JUSTICE MOTION
AND REQUEST FOR A TRIAL DATE OF LATE OCTOBER**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Judith Smith, Assistant U.S. Attorney
    Email: Judith.Smith3@usdoj.gov

    David Tonini, Assistant U.S. Attorney
    Email: David.Tonini@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Luis Alfonso Aragon Gallegos    (via Mail)

    s/ Edward R. Harris
    EDWARD R. HARRIS
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant