**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-cr-00152-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS ALFONSO ARAGON GALLEGOS,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE AT LEAST 200 DAYS FROM THE SPEEDY TRIAL ACT [ECF # 17]**

---

    The United States of America, through undersigned counsel, respectfully submits this Response to the Defendant's Motion [ECF # 17] and Supplement [ECF # 18].

    1.    The Government does not oppose a trial setting in late October 2015, which is requested in the Defendant's Supplement. [ECF # 18 at ¶ 2.] To accomplish that, the exclusion of time that the Defendant would need is 124 days, rather than 200 days.[1]

    2.    The Government respectfully asks that the Court set a motions deadline much sooner. Counsel conferred and the parties suggest June 12, 2015 for that deadline.

    3.    The Government's concern with the Defendant's initial 200-day request was that it would have resulted in a trial in 2016. A delay that long would have been to the detriment of the primary alleged victim in this case, Minor # 1, who is an eight year old girl. While it is

---

[1] Seven days passed between the initial appearance [ECF # 5] and the Defendant's motion [ECF # 17]. Therefore, 63 days remain. An exclusion of 124 days (from tomorrow, April 22), plus the 63 days remaining, would require trial to start on or before October 26, 2015 (which is 187 days from tomorrow).

unclear whether or not Minor # 1 will testify, these cases are often considered "of special public importance" that are to be expedited and "take precedence over any other" in order to "minimize the length of time the child must endure the stress of involvement with the criminal process." 18 U.S.C. § 3509(j); *see also United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009) (the public is entitled to a speedy trial).  Being sensitive to these compelling interests of the child and the public, the Government submits that a motions deadline in June, which should allow for the trial to go forward in October, appropriately balances the various positions.

4. Finally, the Government agrees with the reasons for an exclusion of time set forth in the Motion and Supplement, and particularly that the large amount of data and the restrictions on viewing discovery under 18 U.S.C. § 3509(m) will require more time than usual.  The computer forensic examination is not yet finished, and the anticipated completion date is in early May.  In light of those issues, the Government agrees that the ends of justice served by granting a 124-day continuance outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A)-(B).

5. However, the Government must correct the Defendant's assertion that, "This case also presents complicated factual and legal issues." [ECF # 17 at ¶ 11.]  More than 200 video and image files have been found so far on the desktop and recycle bin of the Defendant's computer.  Those files portray the sexual abuse of a child in the Defendant's family starting when she was three and continuing through when she was seven years old.  Some of those files show the Defendant's face while he engaged in the recorded acts.  Thus, while it will take some time to get all of the data to the defense, and for the defense to review the data, the Government respectfully submits that the facts of this case are not complicated at all.

For the foregoing reasons, the Government does not oppose the Defendant's Motion to Exclude at Least 200 Days from the Speedy Trial Act and Set a Status Conference in 140 Days [ECF # 17], as Supplemented to request a trial in October 2015.  [ECF # 18 at ¶ 2.]  An exclusion of 124 days under 18 U.S.C. § 3161(h)(7)(A)-(B) accomplishes that objective.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:  *s/ David A. Tonini*
David A. Tonini
Assistant United States Attorney

By:  *s/ Judith A. Smith*
Judith A. Smith
Assistant United States Attorney
Chief, Special Prosecutions Section

United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: David.Tonini@usdoj.gov
            Judith.Smith3@usdoj.gov
Attorneys for the Government

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2015, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE AT LEAST 200 DAYS FROM THE SPEEDY TRIAL ACT [ECF # 17]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Defense Attorney:**
Edward Harris

**Email Address:**
Ed_Harris@fd.org

*s/ David Tonini*
By: David Tonini
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: David.Tonini@usdoj.gov
Attorney for Government

4