IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00152-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUIS ALFONSO ARAGON GALLEGOS,

    Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On January 13, 2016, the United States and defendant Luis Alfonso Aragon Gallegos entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. #34).

THAT the requisite nexus exists between the property and the offense to which defendant Luis Alfonso Aragon Gallegos pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a.    HP Envy 15 Laptop serial number CNV2161NYV, and

    b.    Toshiba External Hard Drive serial number 62HFL4GRTSX3,

are forfeited to the United States in accordance with 18 U.S.C. § 2253. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 22nd day of January, 2016.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge